Entered on Docket
September 04, 2009

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

WILDE & ASSOCIATES
Gregory L. Wilde, Esq.
Nevada Bar No. 004417
208 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: 702 258-8200
Fax: 702 258-8787

Bank of America, National Association as successor by merger to LaSalle Bank National Association, as Trustee for Certificateholders of Bear Stearns Asset Backed Securities I LLC, Asset-Backed Certificates, Series 2006-HE7
09-74913 / 0016622433

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In Re: | BK-S-09-15424-bam |
| Eric Banks and Tiffany A. Banks | MS Motion No. 9/15/09<br>Date:<br>Time: 1:30 P.M. |
| | Chapter 13 |
| Debtors. | |

## ORDER RE ADEQUATE PROTECTION

Secured Creditor's Motion for Relief from the Automatic Stay having come on for hearing in the above-entitled Court, all appearances as noted on court record, and based upon all the papers and pleadings on file herein and good cause appearing therefor,

1  IT IS HEREBY ORDERED, ADJUDGED and DECREED that the debtor will cure the post-petition arrearages currently due as follows:

| | |
|---|---|
| 4 Monthly Payments at $1,761.17 (May 1, 2009 – August 1, 2009) | $ 7,044.68 |
| Motion Filing Fee | $ 150.00 |
| Attorneys Fees | $ 750.00 |
| Total Arrearages | $ 7,944.68 |

The above arrearage shall be paid in six (6) monthly installments of $1,324.11. These payments shall be in addition to the regular monthly payment and shall be due on or before the 20th day of the month commencing with the September 20, 2009 payment and continuing throughout and concluding on or before February 20, 2010.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Secured Creditor shall give Debtors at least five business days' notice of the time, place and date of sale.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Debtor shall resume and maintain the regular monthly payments in a timely fashion, outside of any Bankruptcy Plan, beginning with the September 1, 2009 payment, on Secured Creditor's Trust obligation, encumbering the subject Property, generally described as 8847 Diamond Wood Ct., Las Vegas, NV 89139, and legally described as follows:

PARCEL I:
LOT NINETY-THREE (93) IN BLOCK THREE (3) OF BLUE DIAMOND£DECATUR· UNIT 1, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 106 OF PLATS, PAGE 43, IN THE OFFICE OF THE COUNTY RECORDER, CLARK COUNTY, NEVADA.

PARCEL II:
A NON-EXCLUSIVE EASEMENT FOR INGRESS. EGRESS, USE AND ENJOYMENT AND PUBLIC UTILITY PURPOSE ON. OVER AND ACROSS THE PRIVATE STREETS AND COMMON AREAS ON THE MAP REFERENCED HEREINABOVE, WHICH EASEMENT IS APPURTENANT TO PARCEL I.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that if the Debtors fail to make any payments as stated in this Order, or fail to maintain the regular monthly payments on Secured Creditor's Trust Deed obligation, allowing the normal grace period, then Secured Creditor may file and serve upon Debtors and Debtors' counsel, a fifteen (15) Day Notice Declaration Re Breach of Condition. For each such Declaration Re Breach of Condition filed, there shall be assessed an attorney fees of $100.00, to be

1  paid by the Debtors upon any reinstatement. If upon the sixteenth (16th) day Debtors have failed to cure
2  the delinquency, then Secured Creditor may submit to this Court an Order vacating the automatic stay as to
3  Secured Creditor, and Secured Creditor may thereafter proceed with foreclosure proceedings upon the
4  subject Property, pursuant to applicable State Law, and take any action necessary to obtain complete
5  possession thereof.

7  Submitted by:

8  WILDE & ASSOCIATES

10 By _K. Salina #10235_
   GREGORY L. WILDE, ESQ.
11 Attorneys for Secured Creditor
   208 South Jones Boulevard
12 Las Vegas, Nevada 89107

13 APPROVED AS TO FORM & CONTENT:

14 Rick A. Yarnall                              Sam Benevento

15 By _Watt  8-28-09_                           By _[signature]_
16 Rick A. Yarnall                              Sam Benevento
   Chapter 13 Trustee                           Attorney for Debtors
17 701 Bridger Avenue #820                      1945 E. Warm Springs Road
   Las Vegas, NV 89101                          Las Vegas, NV 89119